## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRESIDIO MUNICIPAL DEVELOPMENT DISTRICT,<br><br>              Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. CUSTOMS AND BORDER PROTECTION; and RODNEY S. SCOTT, in his official capacity as Commissioner for Customs and Border Protection,<br><br>              Defendants. | **Case No. 26-cv-2146** |

**PLAINTIFF'S MOTION FOR A STAY UNDER 5 U.S.C. § 705 AND/OR PRELIMINARY INJUNCTION**

Plaintiff Presidio Municipal Development District (PMDD) hereby moves the Court to enter a stay under 5 U.S.C. § 705 and/or a preliminary injunction under Rule 65(a) of the Federal Rules of Civil Procedure barring Defendants from constructing the Big Bend Segment of the "Smart Wall." As described in the accompanying brief, PMDD is likely to succeed on the merits of its Administrative Procedure Act and *ultra vires* claims because Defendants' construction of the Big Bend Segment of the "Smart Wall" violates the Rivers and Harbors Act. PMDD is suffering irreparable injury as a result of Defendants' actions, and it will continue to do so unless and until those actions are stayed or enjoined. The balance of the equities and public interest also point in PMDD's favor.

1

The grounds for this motion are stated more fully in the accompanying Memorandum in Support of Plaintiff's Motion for a Stay Under 5 U.S.C. § 705 and/or Preliminary Injunction and the attached declaration and exhibits. A proposed order accompanies this filing.

Dated: June 17, 2026

Respectfully submitted,

*/s/ Louis Katz*
Louis Katz (D.C. Bar No. 90003861)
Laura Bakst (DC Bar No. 1782054)*
Brian Netter (DC Bar No. 979362)
Skye L. Perryman (DC Bar No. 984573)
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
lkatz@democracyforward.org
lbakst@democracyforward.org
bnetter@democracyforward.org
sperryman@democracyforward.org

*Counsel for Plaintiff*

* Motion to appear *pro hac vice* forthcoming

2

## CONFERENCE STATEMENT

Pursuant to Local Rule 7(m), I certify that Plaintiff's counsel conferred with counsel for Defendants by email and call regarding this motion. Defendants oppose the motion.


Dated: June 17, 2026                              */s/ Louis Katz*
                                                  Louis Katz