# Exhibit A

Resolution 2026-001: March 4, 2026

**PRESIDIO MUNICIPAL DEVELOPMENT DISTRICT**

**A RESOLUTION ACKNOWLEDGING THE FEBRUARY 17, 2026 DHS WAIVER DETERMINATION; AFFIRMING THE DISTRICT'S ECONOMIC DEVELOPMENT AND INFRASTRUCTURE MISSION; DOCUMENTING ANTICIPATED INFRASTRUCTURE INTERFERENCE AND COMPENSABLE IMPACTS; AND PRESERVING ALL AVAILABLE RIGHTS AND REMEDIES**



**WHEREAS**, on February 17, 2026, the U.S. Department of Homeland Security ("DHS") published in the Federal Register a Determination pursuant to Section 102(c) of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ("IIRIRA"), waiving numerous federal statutory requirements for purposes of constructing physical barriers and related infrastructure within a defined corridor in the Big Bend Sector; and

**WHEREAS**, prior to publication of the waiver, contractors associated with anticipated construction activity contacted representatives of the Presidio Municipal Development District ("PMDD" or "District") regarding staging and workforce accommodation within the Presidio region; and

**WHEREAS**, subsequent to publication, landowners in Presidio County have received formal "Right of Entry" correspondence from U.S. Customs and Border Protection referencing temporary access, acquisition of property interests, and possible eminent domain proceedings; and

**WHEREAS**, PMDD is a political subdivision of the State of Texas created pursuant to Chapter 377 of the Texas Local Government Code to promote economic development, infrastructure coordination, trade facilitation, and long-term community prosperity; and

**WHEREAS**, PMDD has formally commissioned, adopted, and relied upon strategic planning initiatives and executed agreements concerning:

- International passenger, commercial and transmigrante border crossing management and planned expansion;
- Intermodal rail infrastructure integration intersecting IBWC-managed levee infrastructure at the City of Presidio, as identified in the District's adopted economic development strategy and referenced in Texas Department of Transportation planning;
- Presidio Industrial park development designed to facilitate cross-border trade;
- Executed geothermal lease and power purchase agreements anticipating binational electric generation and transmission coordination, including ERCOT integration; and
- Long-range trade-enabling infrastructure corridors; and

Resolution 2026-001: March 4, 2026

**WHEREAS**, substantial public and private investment has been made in reliance upon identified infrastructure corridors, and impairment or constraint of those corridors will materially diminish development capacity and economic value; and

**WHEREAS**, the International Boundary and Water Commission manages levee infrastructure in the vicinity of Presidio pursuant to binding international treaty obligations governing flood control and boundary integrity; and

**WHEREAS**, construction activity within the defined waiver corridor is anticipated to intersect or affect:

- Levee integrity and treaty-governed infrastructure;
- Rail-levee integration and planned transportation corridors;
- Planned border crossing siting and expansion corridors;
- Binational transmission routing under executed agreements;
- Infrastructure-dependent land values; and
- Public and private reliance interests; and

**WHEREAS**, Section 102(c)(2) of IIRIRA establishes a sixty (60) day judicial review window following publication of a waiver determination.

**NOW, THEREFORE, BE IT RESOLVED BY THE BOARD OF DIRECTORS OF THE PRESIDIO MUNICIPAL DEVELOPMENT DISTRICT THAT:**

Section 1. Affirmation of Institutional Responsibility.

The Board reaffirms that PMDD's primary obligation and core governmental function is the protection and advancement of long-term economic development capacity, trade-enabling infrastructure, and designated infrastructure corridors within its jurisdiction.

Section 2. Documentation and Infrastructure Compatibility Review.

The District shall continue to evaluate and document anticipated interference with, impairment of, or constraint upon designated infrastructure planning and reliance interests arising from construction activity, corridor designation, or associated federal real estate actions.

Such documentation may include analysis of:

- Rail-levee interface impacts;
- Border crossing expansion compatibility;
- Transmission routing constraints;
- Economic and land value implications; and
- Compensable impacts to public infrastructure investments.

Resolution 2026-001: March 4, 2026

Section 3. Intergovernmental Coordination.

Consistent with its statutory mission, the District shall pursue appropriate intergovernmental coordination and information requests necessary to assess infrastructure compatibility and treaty-adjacent impacts.

Section 4. Preservation of Rights.

The District hereby preserves all rights, claims, and remedies available under applicable law within the statutory judicial review period and otherwise, including claims relating to statutory scope, constitutional limitations, treaty harmonization, infrastructure interference, and compensable economic impacts.

Section 5. Institutional Posture.

Nothing in this Resolution shall be construed as opposition to lawful federal authority. The District's actions are undertaken solely to fulfill its statutory economic development responsibilities and to ensure infrastructure compatibility, transparency, and preservation of lawful rights.

Section 6. Compliance.

The Board finds this action was properly posted and considered at a regular meeting held March 4, 2026, in compliance with the Texas Open Meetings Act.


**PASSED AND ADOPTED** this 4th day of March, 2026.


ATTEST:

_____
Dr. Laura Portillo
President, Secretary
PMDD Board of Directors

_____
John T. Kennedy V (Kennedy-Rohana)
Executive Director and Registered Agent


**VOTE:** __4___ For __0__ Against _____ Abstain