# Exhibit B

U.S. Customs and Border Protection
Big Bend Border Barrier System — Public Comment
Via email: bigbendcomments@cbp.dhs.gov

April 6, 2026

## RE: Formal Public Comment of the Presidio Municipal Development District Regarding the Big Bend Border Barrier System

Dear Sir or Madam:

The Presidio Municipal Development District ("PMDD") submits this formal public comment regarding the Big Bend Border Barrier System. PMDD is a political subdivision of the State of Texas established by local election on November 6, 2012, under Chapter 377 of the Texas Local Government Code. PMDD's mission is to promote economic development in the Presidio area through infrastructure investment, industrial development, and cross-border commerce.

PMDD's Board of Directors unanimously adopted Resolution 2026-001 on March 4, 2026, directing the Executive Director to engage with federal agencies regarding potential impacts of proposed border barrier construction within PMDD's service area. On March 17, 2026, PMDD submitted detailed letters of inquiry to U.S. Customs and Border Protection, the U.S. Army Corps of Engineers, and the International Boundary and Water Commission, United States Section. This public comment supplements that correspondence and incorporates by reference the matters raised therein.

PMDD does not oppose border security. PMDD's position is that the federal government must follow its own laws, respect existing infrastructure, and treat the communities of the Big Bend region as partners in the process — not afterthoughts to be consulted after decisions have already been made.

### I. PMDD's Interests and Assets at Risk

The proposed Big Bend Border Barrier System directly affects PMDD's service area and the community it serves. PMDD's interests include:

- A **42-acre geothermal energy lease** with Exceed Geo Energy for a 100 MW facility, with an active drilling pad and executed Power Purchase Agreement;

- A **master-planned industrial park** designed to support greenhouses, cold storage, warehousing, agricultural processing, and light manufacturing;

- A **$1 million Texas Department of Agriculture Downtown Revitalization Grant**;

- Interface with the **Presidio-Ojinaga International Rail Crossing**, one of only five international rail crossings in Texas, including a $33 million CBP inspection facility currently under construction and a rail bridge reconstructed at an elevated grade to account for the IBWC levee profile; and

- The **IBWC levee system** that protects the City of Presidio from catastrophic Rio Grande flooding — a system rebuilt at a cost exceeding $14 million following the 2008 flood, with an estimated replacement value approaching $100 million.

In its April 3, 2026 response to PMDD's inquiry, CBP confirmed that it "has identified certain parcels within the PMDD service area for potential acquisition, easement, or right-of-entry in connection with the proposed construction." PMDD has a direct and particularized interest in how this project is designed, reviewed, and executed.

## II. Flood Risk and Levee Integrity

PMDD's most urgent concern is the risk that border barrier construction will compromise the structural integrity and hydraulic function of the IBWC levee system that protects the City of Presidio.

In the same April 3 letter, CBP described the proposed design for the Presidio corridor as "constructing a reinforced concrete levee wall adjacent to and matching the height of the current levee, with 30-foot steel bollard panels installed on top." CBP asserted that this approach "is intended to enhance both security and flood protection in the area."

PMDD notes the following concerns with this description:

- The proposed design represents a **fundamental structural modification** of the existing IBWC levee — not adjacent construction, but physical integration of a border barrier with critical flood infrastructure;

- Adding a reinforced concrete structure and thirty-foot steel bollard panels to a levee changes its **weight distribution, wind loading, seismic profile, and hydrodynamic characteristics** during flood events;

- CBP's assertion that this design enhances flood protection was accompanied by **no engineering analysis, hydraulic study, or flood risk assessment** — neither in the April 3 response nor in any publicly available document;

- The Presidio levee system protects a community that experienced a **catastrophic flood in 2008** when the Rio Conchos exceeded the levee's design capacity at 52,972 cubic feet per second against a design capacity of 42,024 cfs — and which sits at the confluence of the Rio Grande, the Rio Conchos, and Cibolo Creek, creating compounding flood risk;

- A **March 10, 2026 expert analysis** by Dr. Mark Tompkins, P.E., Ph.D. (FlowWest), commissioned by the Rio Grande International Study Center for a similar border wall proposal downstream in Webb and Zapata Counties, concluded that border wall construction in a Rio Grande floodplain would create "inevitable" structural failures, increased flood heights and velocities, and threats to human life and property. Dr. Tompkins noted that he had personally observed structural failures along a border wall near Mission, Texas, from relatively low flows shortly after construction.

PMDD urges CBP to make publicly available — before design is finalized or construction commences — the full hydraulic and hydrologic analysis for the Presidio corridor, including modeling assumptions, design criteria, and any coordination with IBWC and USACE regarding the levee system.

### III. Treaty Compliance and IBWC Coordination

The 1970 Boundary Treaty between the United States and Mexico (23 U.S.T. 371) governs construction that may affect the Rio Grande, its floodplain, or the international boundary. The treaty requires bilateral coordination through the International Boundary and Water Commission before either nation undertakes works that could alter boundary conditions or affect flood conveyance.

In its April 3 response, CBP stated that it "is working with the USIBWC on all border barrier construction projects, to include the Big Bend 2 Wall Project, to ensure compliance with treaty obligations." However, PMDD notes the following:

- PMDD sent a detailed letter to the IBWC on March 17, 2026, raising specific questions about treaty compliance and the proposed construction's impact on the levee and floodplain. IBWC acknowledged receipt and referred the matter to its engineering division. **As of this date, IBWC has provided no substantive response.**

- CBP's characterization of its IBWC consultation provided no specifics regarding the substance, conclusions, or status of that coordination — no reference to any completed review, no indication of Mexican consent, and no identification of any IBWC Minute or formal determination;

- The federal government itself established the precedent that the 1970 Boundary Treaty constrains construction in the Rio Grande floodplain when the Department of Justice, on behalf of IBWC, filed suit in December 2019 against Fisher Industries for constructing border fencing near Mission, Texas, without IBWC authorization. That enforcement action resulted in a settlement requiring ongoing inspections and a $3 million bond. **Fisher Sand and Gravel Co. is now the contractor awarded the Big Bend 2 Wall Project on March 5, 2026.**

PMDD respectfully requests that CBP disclose the current status of IBWC coordination for the Big Bend 2 Wall Project, including whether IBWC has reviewed and approved the proposed levee wall design, whether Mexico has been consulted, and whether any formal IBWC Minute or determination has been issued.

## IV. Infrastructure Impacts — Rail Crossing and State Investments

PMDD's April 3 inquiry specifically asked whether CBP had assessed the impact of the proposed barrier on the Presidio-Ojinaga International Rail Crossing and the South Orient Rail Line, and whether CBP had coordinated with the Texas Department of Transportation regarding the State's investments at this crossing.

CBP's response stated that it "routinely conducts assessments" and "consults and coordinates with relevant stakeholders, including the Texas Department of Transportation." This response did not address whether any project-specific assessment has been conducted for the Presidio corridor, what the findings were, or whether TxDOT has been consulted regarding this project.

The Presidio-Ojinaga rail crossing represents one of the most significant binational transportation infrastructure investments in the Big Bend region. The rail bridge was reconstructed at an elevated grade set to the profile of the IBWC levee. A $33 million CBP inspection facility is under active construction at the same site. Any modification to the levee profile directly affects the engineering assumptions underlying both the bridge and the inspection facility. PMDD requests a project-specific response addressing these impacts.

## V. Adequacy of Public Engagement

CBP's April 3 letter acknowledged that its stakeholder outreach began in February 2026 and that project information "has not been published simultaneously to CBP.gov" due to the lapse in DHS appropriations. PMDD appreciates the extension of the public comment period but notes that meaningful public engagement requires more than an invitation to comment. It requires disclosing what is being proposed, in sufficient detail to allow informed evaluation.

As of this date, no engineering plans, design drawings, hydraulic analyses, alignment maps of sufficient detail, or environmental assessments have been made publicly available for the Presidio corridor. The public is being asked to comment on a project whose specifics remain undisclosed. This is not a process that produces informed input or meaningful participation.

## VI. Agency Non-Response

PMDD notes for the record that the U.S. Army Corps of Engineers has not responded to PMDD's March 17 letter in any manner — no acknowledgment, no substantive reply. Given that CBP's proposed design involves constructing on or immediately adjacent to a federally significant levee system, PMDD is concerned that the Corps may not have been consulted regarding its Section 408 review authority (33 U.S.C. § 408), which requires approval before any modification to a federally authorized civil works project.

PMDD requests that CBP confirm whether the Army Corps of Engineers has been engaged regarding Section 408 review for the Big Bend 2 Wall Project, and if so, what the status and findings of that review are.

## VII. Broader Regional Concerns

PMDD's concerns are not unique to Presidio. Communities across the Big Bend region and the broader Rio Grande corridor are raising similar questions about flood risk, infrastructure impacts, and the adequacy of federal coordination:

- Five sheriffs from across the Big Bend region — representing Hudspeth, Culberson, Presidio, Brewster, and Terrell Counties — wrote to federal officials stating that border security is "not a one-size-fits-all proposition" and that strategies appropriate for high-traffic urban sectors are not necessarily appropriate for this region;

- The Zapata County Commissioners Court unanimously approved a resolution on March 23, 2026, directing the County Judge to retain experts to investigate potential flood and infrastructure impacts from the proposed border wall and buoy system in Webb and Zapata Counties;

- A March 10, 2026 expert analysis commissioned by the Rio Grande International Study Center found that the proposed wall and buoy system downstream would create "unique and unprecedented threats" to Laredo and the surrounding communities;

- More than 130 conservation groups, outfitters, and rural Texas businesses urged Congress on March 12, 2026, to block federal funding for wall construction in Big Bend National Park and Big Bend Ranch State Park.

These are not isolated objections. They are evidence of a systemic failure to coordinate with the communities and local governments most directly affected by this project.

## VIII. Requests

PMDD respectfully requests the following:

1. Public disclosure of all hydraulic, hydrologic, and engineering analyses conducted for the Presidio corridor, including the proposed levee wall design, flood modeling, and design criteria;

2. Disclosure of the status and substance of IBWC coordination for the Big Bend 2 Wall Project, including whether IBWC has approved the proposed design and whether Mexico has been consulted;

3. Confirmation of whether the Army Corps of Engineers has conducted or been asked to conduct a Section 408 review of the proposed levee modification;

4. A project-specific assessment of impacts to the Presidio-Ojinaga International Rail Crossing, the South Orient Rail Line, the CBP inspection facility, and the PMDD industrial park;

5. Identification of all parcels within the PMDD service area targeted for acquisition, easement, or right-of-entry, including maps, timelines, and the legal authority under which such actions will be taken;

6. A construction timeline for the Presidio corridor, including staging, land access, and physical construction activities;

7. A commitment that no physical construction within the Presidio corridor will commence until the above information has been publicly disclosed and affected stakeholders have had a meaningful opportunity to review and respond.

## IX. Reservation of Rights

PMDD reserves all legal rights, claims, and remedies available to it under federal and state law, including but not limited to claims arising under the United States Constitution, federal statutes, international treaties, and the laws of the State of Texas. This public comment does not constitute a waiver of any such rights. PMDD's participation in this public comment process is without prejudice to any future legal action PMDD may determine is necessary to protect its interests, its community, and the rule of law.

PMDD appreciates the opportunity to submit this comment and stands ready to engage constructively with CBP and all relevant federal agencies to address the concerns raised herein.

Respectfully submitted,

**John T. Kennedy**
Executive Director & Registered Agent
Presidio Municipal Development District
A Political Subdivision of the State of Texas
Est. November 6, 2012 | Chapter 377, Tex. Local Gov't Code

PO Box 3248, Presidio, TX 79845
Phone: (512) 971-7171
Email: info@presidiotxmdd.org