# Exhibit C



May 6, 2026

Re: Technical Opinion Regarding Long-Term Border Wall Durability in Flash-Flood Terrain Downstream of the Viejo Mountains, Southwest Texas

To Whom It May Concern:

I am a Texas Licensed Professional Geoscientist with extensive field experience in southwest Texas, including more than five years working in the immediate region downstream of the Viejo Mountains in the oil and gas industry as a surface geologist, seismic supervisor, and road and construction supervisor. During that work, I regularly coordinated with the United States Border Patrol from approximately 2016 through the early 2020s. My opinion is based on direct field observation of the terrain, drainage systems, road conditions, construction access, slope stability, and repeated storm-related damage in this part of southwest Texas.

It is my professional opinion that a conventional continuous border wall is not a durable long-term structure in this setting unless it is designed as a highly specialized flood-conveyance and debris-passage system rather than a simple barrier. In many locations downstream of the Viejo Mountains, the geomorphic and hydrologic setting makes repeated washouts, undermining, debris impact, and structural damage likely on a regular basis.

The reason is straightforward: this is extreme flash-flood terrain.

The uplands and mountain fronts in this area contain steep, unstable slopes, narrow drainages, thin soils, exposed bedrock, low-permeability surfaces, and very limited capacity for rainfall absorption during intense storms. When high-intensity rainfall occurs, water does not slowly infiltrate and move through the landscape. Instead, runoff concentrates rapidly into arroyos, canyons, draws, and alluvial-fan channels. These drainages can change from dry ground to high-velocity floodways in a very short period of time. I have personally witnessed flash-floods over 30-foot deep with high velocities and high discharge.

In this setting, flood risk is controlled less by average annual rainfall and more by short-duration, high-intensity storm events. A single intense storm over the Viejo Mountains or adjacent uplands can generate short-term flows with very high velocity, high discharge, heavy sediment load, and large debris. These flows are capable of moving gravel, cobbles, boulders, brush, fencing material, road material, and other debris. They also erode channel banks, scour foundations, undercut road crossings, and redirect flow across alluvial surfaces.

A border wall placed across this type of drainage network would behave as a hydraulic obstruction. Even where gates, culverts, slots, or openings are installed, the structure would remain vulnerable because floodwater in this environment carries sediment and debris. Openings can plug quickly. Once plugging occurs, water ponds behind the barrier, pressure increases, flow is forced around the structure, and erosion accelerates at the base, ends, and adjacent low points.

The result is commonly foundation scour, wall undermining, lateral bypass erosion, and eventual structural failure.

The problem is not limited to one wash or one crossing. The landscape downstream of the Viejo Mountains contains many small and intermediate drainages that may appear insignificant during dry weather but become active during intense rainfall. These channels do not need to carry water every year to be geomorphically important. In arid and semi-arid terrain, the most important drainage features are often episodic. They may remain dry for long periods, then carry destructive flows during short-lived storm events.

This creates several major engineering and geologic problems for a continuous border wall:

1. **High-velocity flash flooding**
   Steep gradients and rapid runoff concentration can produce flood velocities capable of damaging or removing structural components.
2. **Foundation scour and undermining**
   Concentrated flow along the base of a wall can erode supporting material, especially where flow is deflected or compressed by the structure.
3. **Debris loading and blockage**
   Brush, rock, sediment, and man-made debris can accumulate against wall openings or grates, converting a partially open structure into a dam.
4. **Sediment aggradation and channel shifting**
   Floods in this terrain carry heavy sediment loads. Deposition upstream of a wall can raise local channel beds, redirect later flows, and create new erosion paths.
5. **Alluvial-fan instability**
   Many washes downstream of mountain fronts do not behave as fixed, stable channels. Flow paths can shift during floods, especially where sediment deposition blocks older channels.
6. **Slope instability and mass wasting**
   Steep slopes in the source area produce sediment, rockfall material, and debris that increase flood impact forces and maintenance requirements.
7. **Low infiltration and rapid runoff**
   Thin soils, bedrock exposure, caliche, clay-rich intervals, and compacted surfaces reduce infiltration and increase the speed and volume of runoff.
8. **Repeated maintenance burden**
   Even if individual wall sections survive one event, the system would require frequent inspection, excavation, debris removal, foundation repair, erosion control, and reconstruction after periodic storms.

For these reasons, a conventional wall should not be viewed as a permanent structure in this landscape. At best, it should be considered a structure requiring repeated repair, replacement, inspection, debris removal, and maintenance. In the most active drainage corridors, failure should be expected as part of the normal life cycle of the structure. The likely recurrence is not a remote, once-in-a-generation condition; washouts and damage could occur several times in a single year, particularly during the June through October storm season, when intense rainfall and flash flooding are most likely.

This conclusion is consistent with field experience in the area. Roads, crossings, access routes, low-water crossings, and temporary construction improvements in this region are regularly affected by storm runoff. Structures that do not fully respect natural drainage patterns are especially vulnerable. A wall crossing these drainages would face the same forces, but with greater exposure because it would form a long, continuous obstruction across multiple watersheds and flow paths.

In my opinion, any proposed border infrastructure in this area should begin with detailed site-specific geologic, geomorphic, hydrologic, and hydraulic evaluation. Particular attention should be given to ephemeral channels, alluvial fans, debris-flow paths, slope failure areas, scour zones, and historical washout locations. However, even with site-specific engineering, the basic limitation remains: a continuous barrier across active flash-flood terrain is not naturally compatible with the way this landscape functions.

The most technically defensible conclusion is that many sections of a border wall downstream of the Viejo Mountains would be subject to regular periodic washout or damage from flash flooding. The combination of steep unstable slopes, low-permeability runoff surfaces, intense rainfall, high-velocity flood discharge, sediment transport, debris loading, and channel instability makes long-term wall durability highly questionable.

A wall in this setting would not simply be a border-security structure. It would also become a flood-control structure, sediment trap, debris rack, and erosion-control structure. Unless designed, funded, maintained, and permitted as such, repeated failure should be expected.

Respectfully submitted,

*R.S. Johnson*

**R.S. "Bud" Johnson**
Texas Licensed Professional Geoscientist #3772
325-668-5519
Magnet Geological
P.O. Box 657
Bronte, TX 76933