# Exhibit D

*Prepared by the Rio Grande International Study Center*
*4100 San Bernardo Ave., suite 4, 5*
*Laredo, TX 78041*
*tricia@rgisc.org | martin@rgisc.org*

# EXECUTIVE SUMMARY
### *March 11, 2026*

A new report released March 10, 2026 by fluvial geomorphologist Dr. Mark Tompkins provides a devastating analysis of the "inevitable" threat to human life, property, and critical bridge infrastructure by the proposed wall and buoy system, creating "unique and unprecedented threats" to Laredo and a "more dangerous place" for people along the Rio Grande.

"The combination of wall and buoys is a ticking time bomb. Installing something like this in a major river with huge flood flows is unprecedented," explained Dr. Tompkins, principal at FlowWest who has studied U.S. rivers for three decades. He recently conducted studies and an investigation of a border wall in Mission, TX, and observed structural failures from relatively low flows shortly after construction.

Key takeaways from the Tompkins report that explain reasons for the "inevitable" collapses and failures:

1. **Floods will be higher and faster**: The wall and buoys will straight-jacket the flow of the river, <u>increasing the height and velocity of water flow,</u> "which is exactly what we want to avoid when protecting against floods." They will disrupt and reduce the natural dispersion of water and debris (conveyance) and instead create entanglements and obstructions. During a flood, debris and water will not be distributed across expansive flood zones that line the river as they have for millenia, and will, instead, <u>concentrate the force and impact of flood water and debris.</u>

2. **Debris will increase:** The wall, buoys, and cleared/denuded riverbanks will deflect flood flows, increasing erosion and scouring along the riverbanks and in the riverbed. The buoys will act as a giant trash collector, trapping abnormal amounts of debris and then becoming dislodged themselves. During a flood, <u>debris and dislodged sections of the buoys will go downstream</u> and get wrapped around bends in the river, and get caught in the wall as well as on bridge piers/supports causing them to fail.

3. **Wall sections will fail:** Therefore, the wall will inevitably fail at specific points, very likely <u>near residential and public areas</u> along the riverbank, which are numerous in Laredo.

4. **Threat to life and property:** Any points of failure or breaches in the wall would create more concentrated flooding than would otherwise occur, <u>posing a threat to human life and increased damage to property</u>. In addition, other areas already sensitive to high flows will experience even greater impacts than before, posing a threat to life and property.

5. **Danger to bridges:** The impacts will be greater on structures within the main river channel, specifically bridge supports/piers, possibly causing bridge damage and/or failure.

Portions of the proposed wall and buoy system will fail during extreme high flows. This will cause catastrophic flooding, damage, and destruction to property, and risks to the health and safety of people near the river corridor. Given Laredo's past experience with floods, it is not a matter of if, but when.

"The problem is that we do not know where that will happen, creating this enormous vulnerability," Tompkins explained. "This is really unprecedented in my experience."

The <u>U.S. government plans to install</u> 108 miles of border wall and 153 miles of river buoys in Webb and Zapata counties. It includes <u>all</u> riverfront land in Laredo, which the federal government said it intends to seize from the city, other public entities, and private landowners via eminent domain.

1

## RIVER FLOW WITH NO BORDER WALL & BUOY SYSTEM





Natural, unobstructed riverbanks allow water and debris to flow

During high flooding, water & debris disperse naturally into expansive flood zones upstream of Laredo.

## IMPACTS OF BORDER WALL





The border wall will reduce the ability of water to disperse into floodzones and will also trap debris, creating a "straight jacket" effect that will concentrate water flows, thereby increasing both the height and speed of flood waters as they enter Laredo.

As a result, breaches in the wall become inevitable which could occur near many riverside residential areas of Laredo. These points of failure in the wall would be sites of catastrophic flooding.

## IMPACTS OF BUOY SYSTEM





The buoy system will also interrupt water flow and trap debris, disrupting water flows along the entire course of the river.

Buoy sections will ultimately become dislodged and float downstream causing damage to any structures in the river, including critical bridge infrastructure.

**T E C H N I C A L   M E M O R A N D U M**

## EXPERT ANALYSIS OF PROPOSED BORDER WALL AND BUOY SYSTEM ON THE RIO GRANDE RIVER IN WEBB AND ZAPATA COUNTIES, TEXAS, USA

| | |
|---|---|
| PREPARED FOR: | Rio Grande International Study Center |
| PREPARED BY: | Mark R. Tompkins, PE, Ph.D, FlowWest |
| DATE: | 03/10/2026 |

## PURPOSE

The purpose of this technical memorandum is to provide an expert quantitative analysis of the risks posed to Webb and Zapata Counties by the U.S. Customs and Border Patrol's (CBP) plan to construct a border wall and buoy system in and along the Rio Grande River.

## EXPERT QUALIFICATIONS

I hold B.S. and M.S. degrees in Civil and Environmental engineering from the University of Illinois, Urbana-Champaign, and a Ph.D. in Environmental Planning from the University of California, Berkeley. My Ph.D. training and research was in fluvial geomorphology, specifically the interactions between river channels and their floodplains. My academic research and my applied professional work has focused on river management, specifically in the areas of hydrology, hydraulics, fluvial geomorphology, sediment transport, flood management, and ecosystem restoration. I am a registered professional civil engineer in the States of California and Washington. I have over twenty-eight years of professional consulting experience working on rivers throughout the United States. I have worked extensively on evaluations of the impacts of structures in and adjacent to rivers across the United States, including the Rio Grande and other large rivers in Texas. I recently completed technical analyses and field investigations of a border wall along the Rio Grande River near Mission, Texas, where I observed structural failures and river bank erosion from relatively low flows shortly after construction.

## PROPOSED BORDER WALL AND BUOY SYSTEM

The CBP plans to construct a "border and waterborne barrier system" (system) in and adjacent to the Rio Grande River throughout Webb and Zapata counties, Texas (CBP 2025a). The system is massive and will drastically alter the hydraulic and geomorphic conditions of the Rio Grande River. The system includes approximately 108 miles of "primary border barrier" (wall) and approximately 153 miles of "waterborne barrier system" (buoys). The system also extends for many miles upstream and downstream of the portions in Webb and Zapata Counties. Presumedly due to the waiver issued by the Department of Homeland Security (DHS) regarding this project, basic design documents and supporting analyses typically required for river corridor projects much smaller than this one are not publicly available. Therefore, the exact scale of proposed infrastructure can only be assumed from representative images provided by CBP. Figure 1 and Figure 2 are representative images of the proposed wall, maintenance road, patrol area, buoy, and anchor elements of the proposed system (from CBP 2025b) that include features (e.g. vehicles, roads, river) indicating the scale of the proposed system.

1



FIGURE 1: REPRESENTATIVE IMAGE DEPICTING THE SCALE OF THE WALL, MAINTENANCE ROAD, AND PATROL AREA COMPONENTS OF THE PROPOSED SYSTEM. SOURCE: HTTPS://WWW.CBP.GOV/DOCUMENT/ENVIRONMENTAL-ASSESSMENTS/BORDER-BARRIER-AND-WATERBORNE-BARRIER-SYSTEM-WEBB-AND-ZAPATA



FIGURE 2: REPRESENTATIVE IMAGE DEPICTING THE SCALE OF THE BUOY AND ANCHOR COMPONENTS OF THE PROPOSED SYSTEM. SOURCE: HTTPS://WWW.CBP.GOV/DOCUMENT/ENVIRONMENTAL-ASSESSMENTS/BORDER-BARRIER-AND-WATERBORNE-BARRIER-SYSTEM-WEBB-AND-ZAPATA

## PROPOSED BORDER WALL AND BUOY SYSTEM RISK FACTORS

Any infrastructure constructed in or adjacent to a river poses significant risks. Massive infrastructure systems like the one proposed by CBP constructed in or adjacent to large dynamic rivers like the Rio Grande pose even greater risks. This is why the licensed professional engineers who design such projects use sophisticated models and incorporate extensive technical analysis before proposing or building such systems. Perhaps the most glaring problem with this project is the lack of publicly available technical information delineating and mitigating the immense set of risks that it poses. In the following risk analysis I assume that a basic professional engineering standard of care supports the design of the proposed system, and that the system has residual risk associated with high flow events that exceed the design criteria of the proposed system. Therefore, it is only a matter of time before this risk manifests during the design life of the proposed system. However, since there is no publicly available record documenting the design of the proposed system, it is entirely possible that the proposed system could cause even greater risks to manifest than my analysis indicates. Even if carefully designed and constructed, the proposed system has the following categories of significant risk.

1. Hydraulic Risk
2. Geomorphic Risk
3. Debris Loading and Structural Failure Risk
4. Safety and Property Risk
5. Ecological Risk

## RISK ANALYSIS

My approach provides an analysis of likely upper-range impacts of the proposed wall and buoy system in Webb and Zapata Counties. I infer risks using publicly available project design information, general environmental and infrastructure conditions, and basic river science and engineering principles. This is a standard analysis method when design data and analyses are not publicly available. I collected and reviewed remotely-sensed information including aerial photography, streamflow records, flood mapping, and Geographic Information System (GIS) spatial databases of river corridor infrastructure. Using this information, I digitized and measured key river corridor characteristics and assumed dimensions of the components of the proposed system to calculate the scale of the proposed wall and buoy system relative to the Rio Grande River. I then used the scale of river corridor system to infer the type and scale of impacts likely from the proposed wall and buoy system. Table 1 summarizes the scale of each element of the proposed wall and buoy system as well as its proportional impact on the Rio Grande River corridor. In addition, I used spatial data on key facilities and infrastructure in Webb and Zapata Counties to identify locations where the proposed project significantly increases risk to human safety and property.

3

TABLE 1: ASSUMED DIMENSIONS OF PROPOSED SYSTEM COMPONENTS AND IMPACT ON RIVER CHANNEL

| System Component | Assumed Width / Diameter (feet) | Surface Area (acres) | Size Relative to River Channel | Cross Sectional Area (square feet) | River Channel Obstruction |
|---|---|---|---|---|---|
| Wall | 5.0 | 73.6 | 1.7% | N/A | N/A |
| Road / Patrol Area | 100.0 | 1472.5 | 33.3% | N/A | N/A |
| Buoys | 5.0 | N/A | N/A | 19.6 | 1.7% |
| Buoys / Anchors | 15.0 | N/A | N/A | 176.7 | 5.0% |
| Buoys / Anchors / Debris | 25.0 | N/A | N/A | 490.9 | 8.3% |

*Hydraulic Risk*

Hydraulic risk relates to the ways in which the proposed system will alter how water flows through the Rio Grande River. The Rio Grande currently experiences extreme high flows that cause flooding and related damage in Webb and Zapata Counties without the obstructions added by the proposed system. Figure 3 and Figure 4 summarize recent river flows and stages and impact summaries for recent floods, respectively. While the period from 2019 to present has experienced relatively low flow conditions, the period between 2010 and 2018 experience several major flood events. The wall portion of the system will create vast new areas (equal to approximately 35% of the river area itself) along the river that will be hydraulically smooth. In addition, the buoy portion of the system will result in a large new obstruction to flow (up to approximately 8% of the conveyance area of the river channel) in the Rio Grande. Together, the proposed wall and buoy system will result in increased velocities along the smoothed and cleared bank on the U.S. side of the river, elevated flood stages and backwater effects due to lost conveyance area, and flow redirection and increased turbulence due to the dangerous combination of cleared river bank areas adjacent to the continuous flow obstruction caused by the massive chains of buoys. It seems as though the design of the proposed system is intended to increase erosion of the U.S riverbank and raise water levels throughout the river. During high flows like those experienced between 2010 and 2018, the proposed system will lead to failures in the already stressed flood control system in Webb and Zapata Counties.



FIGURE 3 – RIO GRANDE FLOW AND STAGE AT THE COLUMBIA BRIDGE FROM 2010 TO 2026.



FIGURE 4 – SUMMARY OF RECENT HIGH FLOW EVENTS ON THE RIO GRANDE NEAR WEBB AND ZAPATA COUNTIES.

Figure 5 and Figure 6 show the existing flood hazard zones along the Rio Grande for Webb County. In addition, these figures show the locations of bridges, water treatment plants, and wastewater treatment plants. All of this critical infrastructure is in the existing flood hazard zone, meaning that it will be inundated during extreme events. Figure 7 shows how the existing flood control system is already stressed during high flows. The higher flows in the 2010 image in Figure 7 clearly inundate areas well

5

beyond the river edge, including areas where the new wall is proposed. The proposed wall and buoy system will greatly exacerbate the existing hydraulic risk by raising water levels and redirecting flows into the cleared wall area, resulting in more rapid and extensive erosion of the existing flood control system, and more frequent overtopping of the flood control system. The hydraulic risks of the proposed wall and buoy system are dramatic just considering the presence of the new wall, patrol area, and buoys. However, debris loading (discussed below) will greatly compound this risk and almost certainly result in devastating system failures caused by the hydraulic alterations to the Rio Grande that result from the proposed project.



FIGURE 5: MAPPED FLOOD ZONES AND CRITICAL INFRASTRUCTURE ALONG THE RIO GRANDE RIVER IN WEBB COUNTY.



FIGURE 6: DETAILED VIEW OF MAPPED FLOOD ZONES AND CRITICAL INFRASTRUCTURE ALONG THE RIO GRANDE RIVER IN WEBB COUNTY.



FIGURE 7: REPRESENTATIVE AERIAL IMAGES OF THE RIO GRANDE RIVER IN THE PROPOSED PROJECT AREA SHOWING THE EXTENT OF INUNDATION DURING HIGH FLOWS IN 2010 AND LOWER FLOWS IN 2024.

***Geomorphic Risk***

Geomorphic risk relates to the ways in which the proposed wall and buoy system will alter the long-term evolution of the Rio Grande River. The Rio Grande is a dynamic river that changes in response to the flows, sediment, and debris it conveys. The newly cleared area (approximately 35% of the river channel area) along the proposed wall and the continuous river channel obstruction from the proposed buoys (up to 8% of the river channel width) will induce major changes in the physical processes that shape the Rio Grande. Erosion, scour, and channel migration will all increase. The acceleration of geomorphic processes driven by the proposed project not only puts all of the infrastructure in an along the Rio Grande River at greater risk, it will, over time, alter the location of the border between the U.S. and Mexico, potentially resulting in the loss of U.S. territory.

An analysis of soil data from the USDA SSURGO database for Webb and Zapata Counties indicates that the river banks and floodplain areas where the proposed system would be built are highly susceptible to erosion and scour. Areas designated as channel margin, floodplain, low terrace, and active floodplain comprise 82% of the area likely impacted by the proposed system. These areas range from moderate to high erosion and channel migration risk even without the impacts of the proposed system.

Alterations to the border location from erosion and channel migration are most likely at river bends and areas upstream and downstream of tributary inflows. Figure 8 shows locations of significant historical channel change that has occurred without the proposed project in place. This includes channel migration, bank erosion, and in-channel island formation. Channel change is likely to accelerate in these areas if the proposed system is constructed. Figure 9 and Figure 10 show major island growth and bank erosion, respectively, that has occurred in Laredo. It is extremely important to note that this change has occurred over only fourteen years, which is an extremely small time increment in the evolution of a river like the Rio Grande. The proposed wall and buoy system will greatly increase the geomorphic risk along the river, with accelerated evolution along the U.S. side caused by the denuded channel banks and the proposed border wall. These geomorphic risks will remain even if the proposed border wall is replaced with an earthen berm. Similar to hydraulic risk, the geomorphic risks will be exacerbated during high flows when debris loading focuses the erosion and scour onto bare channel banks and causes rapid and extensive channel migration along the U.S. bank of the river.



FIGURE 8: HISTORICAL LOCATIONS OF SIGNIFICANT CHANNEL CHANGE ON THE RIO GRANDE RIVER ALONG WEBB COUNTY.



FIGURE 9: CHANNEL EVOLUTION ON THE RIO GRANDE RIVER NEAR LAREDO, TEXAS.

 

FIGURE 10: CHANNEL EVOLUTION ON THE RIO GRANDE RIVER NEAR LAREDO, TEXAS.

***Debris Loading and Structural Failure Risk***

Debris loading and structural failure risk relates to the propensity of structures placed in and along rivers to catch debris during high flows and increase the hydraulic forces acting on those structures and adjacent areas in unpredictable and damaging ways. It will be impossible to monitor and manage the debris loading that occurs along more than 100 miles of wall and buoys during the extremely dangerous river conditions that accompany high flow events. The Rio Grande drains extensive and diverse areas that range from heavily vegetated to heavily developed. During flood flow conditions, the Rio Grande likely conveys thousands of trees as well as thousands of cubic yards of trash and debris that can form interconnected rafts. There will be no way to prevent this debris from accumulating along the proposed wall and on portions of the buoy chains. When combined with the certain geomorphic change induced by the proposed system, it is inevitable that portions of the buoy system will break free and portions of the wall will fail.

Figure 11 is an illustrative image that shows how debris loading coupled with channel scour could dislodge sections of the proposed buoy chain and transport them to the cleared and erosion-prone channel banks along the proposed wall. Such a failure would accelerate channel migration into the wall and potentially cause portions of the wall to fail. I observed similar erosion along a new border wall near Mission, Texas after relatively low flows and fully expect much more damaging erosion and channel migration when extreme high flows interact with the massive proposed wall and buoy system.

10



FIGURE 11: ILLUSTRATIVE IMAGE DEMONSTRATING POTENTIAL BUOY BEHAVIOR UNDER HIGH-FLOW CONDITIONS ON THE RIO GRANDE RIVER.

### *Safety and Property Risk*

Safety and property risk relates to the increased exposure of the public to dangerous conditions and increased damage to property caused by the proposed wall and buoy system. Large rivers like the Rio Grande always pose significant risks to safety and property, especially during and after extreme high flow and flood events. Therefore, the hydraulic, geomorphic, debris, and structural failure risks described above will result in a more dangerous place for people and property along the Rio Grande River in Webb and Zapata Counties. It is inevitable that some of the proposed buoy anchors (for which no design details are publicly available) will fail as the bed of the Rio Grande is scoured by the concentrated forces during high flows.  Figure 12 and Figure 13 show two of the most likely risks posed by the proposed project to safety and property: flooding and bridge stability. Sections of the proposed buoy chains will break free when loaded with debris and stressed by high flows and then migrate to locations where they will obstruct and divert flood flows. These failed sections will almost certainly get caught along the banks of the river adjacent to neighborhoods and around bridge piers. This will focus the immense energy of the Rio Grande and cause extensive erosion and scour that infrastructure built before the proposed system will not have been designed to resist, putting people and property in harms way.



FIGURE 12: ILLUSTRATIVE IMAGE DEMONSTRATING POTENTIAL FLOODING EXACERBATED BY BUOY SYSTEM FAILURE UNDER HIGH-FLOW CONDITIONS IN NEIGHBORHOOD NEAR LAREDO, TEXAS.



FIGURE 13: ILLUSTRATIVE IMAGE DEMONSTRATING POTENTIAL BUOY BEHAVIOR AT BRIDGES IN LAREDO UNDER HIGH-FLOW CONDITIONS.

***Ecological Risk***

Ecological risk relates to negative changes to the river corridor ecosystem of the Rio Grande that will be caused by the proposed wall and buoy system. The stretch of the Rio Grande near Webb and Zapata Counties is an ecologically rich corridor at the transition between the Tamaulipan thornscrub, Chihuahuan Desert, and Gulf Coastal Plain regions. The river corridor provides critical habitat and migration corridors for highly valued populations of fish, birds, and other wildlife. The physical changes of denuding an area equal to approximately 35% of the river channel area for the proposed wall and patrol zone and anchoring long chains of floating plastic balls covering up to 8% of the channel width will directly destroy habitat. The accelerated river corridor evolution driven by the proposed wall and buoy system will continuously destroy additional habitat as the conditions required by species using the corridor are replaced with more rapid and extensive channel change. In addition, new infrastructure and repairs to existing infrastructure required to mitigate the damage caused by the proposed wall and buoy system will continuously remove and degrade more habitat.

## SUMMARY

CBP's proposed border wall and buoy system is massive. It will change the river corridor dramatically. Change will occur immediately as the project is built, and continuously as the project causes the river to evolve in response to over 100 miles of cleared river banks and debris-trapping channel obstructions. River flows, erosion, and scour will be exacerbated and redirected towards the U.S. bank of the Rio

Grande in unpredictable, damaging, and potentially catastrophic ways. Portions of the proposed wall and buoy system will fail during extreme high flows. Failures will cause catastrophic flooding, damage and destruction to property, and risks to the health and safety of people near the river corridor. Constructing the proposed system without publicly documenting its design and incorporating appropriate risk mitigation measures violates the basic professional standard of care that must be met for projects with such high risks.