# Exhibit E



April 30, 2026

W. C. McIntosh, P.E.
Commissioner, U.S. Section
International Boundary and Water Commission
4191 N. Mesa Street
El Paso, Texas 79902-1423

Paul S. Enriquez
Director, Infrastructure Portfolio
Program Management Office Directorate
U.S. Border Patrol
1300 Pennsylvania Avenue NW, 6.5E Mail Stop 1039
Washington, DC 20229-1100

*Via Certified Mail and Electronic Mail*

**Re: Big Bend Border Barrier System — Presidio, Renewal of Engineering and Treaty-Coordination Questions**

Dear Commissioner McIntosh and Director Enriquez:

We write jointly, on behalf of the City of Presidio and the Presidio Municipal Development District (PMDD), to renew the substantive engineering and treaty-coordination questions that PMDD first raised with each of your offices on March 17, 2026, and to respectfully request a written response from each office by May 15, 2026. The matter we raise sits at the intersection of the responsibilities each of you carries: the U.S. Section, IBWC owns and maintains the Presidio Valley Flood Control Project and is the body through which floodplain construction is reviewed and bilateral approval is obtained, and U.S. Customs and Border Protection is the agency from which the engineering documentation and the request for IBWC review for the proposed border-barrier construction would ordinarily originate. Each of your offices holds documentation and authority that the other does not.

CBP replied on April 3, 2026 in general terms but did not address PMDD's substantive questions, did not disclose any hydraulic or hydrologic analysis of the proposed construction, did not identify any U.S. Section, IBWC determination authorizing modification of the Presidio Valley Flood Control Project, and did not provide evidence of bilateral coordination with the Mexican Section, IBWC under the 1970 Treaty. The U.S. Section, IBWC acknowledged PMDD's March 17 correspondence and referred the matter to its engineering division, and has produced no further response in the six weeks since. We respectfully ask that each of your offices now provide:

1.  The hydraulic and hydrologic analysis demonstrating that the proposed reinforced concrete border-barrier wall and thirty-foot steel bollard installation, as designed, can be constructed and maintained on and adjacent to the Presidio Valley Flood Control Project without diminishing the levee's design conveyance, compromising its structural integrity, or altering flows within the Rio Grande floodplain.

2.  The geomorphic and sediment-transport analysis evaluating the proposed construction against post-2008 conditions on the Rio Grande, the Rio Conchos, Cibolo Creek, and Alamito Creek.

(over)

3. The U.S. Section, IBWC determination authorizing the proposed modification of the Presidio Valley Flood Control Project, together with any accompanying hydraulic analysis, conditions, and effective date.

4. The documentary record of bilateral coordination with the Mexican Section, IBWC concerning the proposed construction, consistent with the obligations of the United States under the 1970 Treaty.

5. The civil-works authorization, if any, on which CBP relies for construction on or affecting an authorized federal civil-works project administered by the U.S. Section, IBWC.

We ask these questions in good faith and in advance of construction action in the Presidio area. The community has lived with the consequences of inadequate flood-control performance, most recently in September 2008, when the Presidio Valley Flood Control Project was overtopped at flows that exceeded its design capacity by approximately twenty-six percent. Reconstruction completed in 2014 restored structural integrity but did not increase the system's design conveyance. Construction on or adjacent to that levee, of the magnitude now under contract, warrants the engineering review and bilateral coordination that federal law and the 1970 Treaty contemplate, and warrants disclosure of that review to the local governments most directly affected.

Thank you for your attention to this matter. We look forward to your response.

Respectfully,


John Ferguson
Mayor
City of Presidio, Texas

John T. Kennedy
Executive Director
Presidio Municipal Development District


**cc:**
Sally E. Spener, Foreign Affairs Officer, U.S. Section, IBWC
Lt. Col. Matthew T. Miller, Commander, Albuquerque District, U.S. Army Corps of Engineers
Hon. Jose Portillo, County Judge, Presidio County, Texas
Pablo Rodriguez, City Administrator, City of Presidio, Texas