# Exhibit F

 **Gmail**                                    **Presidio Planner <presidioplanner@gmail.com>**

---

## Big Bend Border Barrier System — City of Presidio and PMDD Joint Letter

---

**ENRIQUEZ, PAUL** <paul.enriquez@cbp.dhs.gov>                    Thu, May 28, 2026 at 3:31 PM
To: Presidio Municipal Development District <info@presidiotxmdd.org>, John Ferguson <jferguson@presidiotx.us>
Cc: "LYON, JAIME" <jaime.lyon@cbp.dhs.gov>, "OLSON, TROY A" <TROY.A.OLSON@cbp.dhs.gov>, "TIBBETTS, SARA (CTR)" <SARA.TIBBETTS@associates.cbp.dhs.gov>, "BAGAN, ANN M (CTR)" <ANN.M.BAGAN@associates.cbp.dhs.gov>

Dear Mayor Ferguson and Mr. Kennedy,

Thank you for your recent correspondence, and for your continued engagement regarding border barrier construction in Presidio, Texas.

We appreciate your thoughtful questions and the concerns raised on behalf of the City of Presidio and the Presidio Municipal Development District. We recognize the importance of the issues you have outlined, as well as the community's interest in ensuring that any actions taken are consistent with relevant engineering standards and treaty obligations.

We understand the community's desire for transparency and appreciate your interest in the technical aspects of the project. However, as a matter of policy, the engineering documents you have requested are not shared with the public. This approach is intended to protect sensitive information and national security.

As noted in our previous correspondence, U.S. Customs and Border Protection (CBP) is coordinating with the U.S. International Boundary and Water Commission (USIBWC) on all border barrier construction projects to include the project located in Presidio, Texas. CBP defers to the USIBWC for the treaty documentation you have requested, as it falls under their authority. We are also coordinating with the U.S. Army Corps of Engineers (USACE) for the areas where the flood control levees are managed by USACE.

Thank you again for your attention to these matters and for your interest in border security.

Paul Enriquez

---

**From:** Presidio Municipal Development District
**Sent:** Friday, May 1, 2026 3:35 PM
**To:** ENRIQUEZ, PAUL ; John Ferguson
**Cc:** LYON, JAIME ; OLSON, TROY A ; BAGAN, ANN M (CTR) ; IMLAY, BONNIE E (CTR) ; TIBBETTS, SARA (CTR)
**Subject:** Big Bend Border Barrier System — City of Presidio and PMDD Joint Letter

You don't often get email from info@presidiotxmdd.org. Learn why this is important

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you feel this is a suspicious-looking email, please report by using the "Report Phishing" button option. If on a mobile device, please utilize the "Report Phishing" button or "Forward as Attachment" to CBPSOC@cbp.dhs.gov.

[Quoted text hidden]

[Quoted text hidden]

**Paul Enriquez**

Director

U.S. Border Patrol

Program Management Office DIrectorate

Infrastructure Program

(202) 222-5170