**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PRESIDIO MUNICIPAL DEVELOPMENT DISTRICT, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. CUSTOMS AND BORDER PROTECTION; and RODNEY S. SCOTT, in his official capacity as Commissioner for Customs and Border Protection, <br><br> Defendants. | **Case No. 26-cv-2146** |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's motion for a stay under 5 U.S.C. § 705 and/or a preliminary injunction, and the parties' briefing thereon, it is hereby

**ORDERED** that Plaintiff's motion is **GRANTED**; it is further

**ORDERED** that Defendants' construction of a "Smart Wall" in U.S. Customs and Border Protection's Big Bend Sector is preliminarily set aside and stayed pursuant to 5 U.S.C. § 705; and it is further

**ORDERED** that Defendants' construction of a "Smart Wall" in U.S. Customs and Border Protection's Big Bend Sector is preliminarily enjoined.

**SO ORDERED**.

Dated: _____, 2026          _____