# EXHIBIT A

**Big Bend Sector Encounters – 1960 to 2026**

| YEAR | ENCOUNTERS |
|---|---|
| 1960 | 732 |
| 1961 | 954 |
| 1962 | 1,431 |
| 1963 | 2,026 |
| 1964 | 3,146 |
| 1965 | 3,973 |
| 1966 | 6,592 |
| 1967 | 7,049 |
| 1968 | 8,834 |
| 1969 | 11,973 |
| 1970 | 16,770 |
| 1971 | 20,269 |
| 1972 | 20,269 |
| 1973 | 22,378 |
| 1974 | 23,291 |
| 1975 | 20,472 |
| 1976 | 19,846 |
| 1977 | 22,239 |
| 1978 | 23,501 |
| 1979 | 20,116 |
| 1980 | 15,602 |
| 1981 | 17,584 |
| 1982 | 20,268 |
| 1983 | 20,829 |
| 1984 | 22,196 |
| 1985 | 23,667 |
| 1986 | 23,796 |
| 1987 | 9,586 |
| 1988 | 6,209 |
| 1989 | 5,560 |
| 1990 | 7,180 |
| 1991 | 8,764 |
| 1992 | 13,819 |
| 1993 | 15,486 |
| 1994 | 13,494 |
| 1995 | 11,552 |
| 1996 | 13,214 |
| 1997 | 12,692 |
| 1998 | 14,509 |
| 1999 | 14,952 |
| 2000 | 13,689 |
| 2001 | 12,087 |

**Big Bend Sector Encounters – 1960 to 2026**

| YEAR | ENCOUNTERS |
|---|---|
| 2002 | 11,392 |
| 2003 | 10,319 |
| 2004 | 10,530 |
| 2005 | 10,536 |
| 2006 | 7,520 |
| 2007 | 5,536 |
| 2008 | 5,391 |
| 2009 | 6,360 |
| 2010 | 5,288 |
| 2011 | 4,036 |
| 2012 | 3,964 |
| 2013 | 3,684 |
| 2014 | 4,096 |
| 2015 | 5,031 |
| 2016 | 6,366 |
| 2017 | 6,002 |
| 2018 | 8,045 |
| 2019 | 9637 |
| 2020 | 8627 |
| 2021 | 37266 |
| 2022 | 31948 |
| 2023 | 11823 |
| 2024 | 4921 |
| 2025 | 3096 |
| 2026 (through June) | 1509 |

**Source Data:**

- 1960-2018:  https://www.cbp.gov/sites/default/files/assets/documents/2019-Mar/bp-southwest-border-sector-apps-fy1960-fy2018.pdf
- 2019-2023: DHS Border Security Report - Fourth Quarter, Fiscal Year 2023 (January 9, 2025) (page 46, Appendix C, Table B1)
- 2024-June 2026:  FY23 - FY26 (FYTD) Nationwide Encounters by Area of Responsibility – June, at www.cbp.gov/sites/default/files/2026-07/nationwide-encounters-fy23-fy26-jun-aor.csv

## Big Bend Sector Encounters – 1960 to 2026

