# EXHIBIT B

**Big Bend Sector Drug Seizures – 2023 to Present**

| FY | MONTH | DRUG TYPE | COUNT OF EVENT | SUM QTY (LBS) |
|---|---|---|---|---|
| 2023 | APR | Cocaine | 1 | 0 |
| 2023 | APR | Ecstasy | 1 | 0.0066 |
| 2023 | APR | Fentanyl | 1 | 31.7198 |
| 2023 | APR | Heroin | 1 | 0 |
| 2023 | APR | Marijuana | 51 | 611.6704000000001 |
| 2023 | APR | Methamphetamine | 5 | 0.1167999999999999 |
| 2023 | APR | Other Drugs** | 4 | 1.6004999999999998 |
| 2023 | AUG | Cocaine | 6 | 42.2829 |
| 2023 | AUG | Ecstasy | 3 | 0.0669 |
| 2023 | AUG | Fentanyl | 3 | 0.3007 |
| 2023 | AUG | Marijuana | 123 | 281.8361 |
| 2023 | AUG | Methamphetamine | 10 | 0.2065 |
| 2023 | AUG | Other Drugs** | 18 | 1.2765 |
| 2023 | DEC | Cocaine | 2 | 45.961 |
| 2023 | DEC | Fentanyl | 1 | 2.0481 |
| 2023 | DEC | Heroin | 1 | 0.0249 |
| 2023 | DEC | Marijuana | 36 | 1386.335 |
| 2023 | DEC | Methamphetamine | 4 | 0.3369 |
| 2023 | DEC | Other Drugs** | 2 | 0.0073 |
| 2023 | FEB | Cocaine | 5 | 28.3881 |
| 2023 | FEB | Ecstasy | 1 | 0.0022 |
| 2023 | FEB | Fentanyl | 2 | 2.2465 |
| 2023 | FEB | Heroin | 1 | 0.0022 |
| 2023 | FEB | Marijuana | 73 | 1268.0753 |
| 2023 | FEB | Methamphetamine | 6 | 0.1679 |
| 2023 | FEB | Other Drugs** | 8 | 1.4167 |
| 2023 | JAN | Cocaine | 1 | 0.0551 |
| 2023 | JAN | Heroin | 1 | 0.0088 |
| 2023 | JAN | Marijuana | 68 | 2602.4162 |
| 2023 | JAN | Methamphetamine | 5 | 30.836900000000004 |
| 2023 | JAN | Other Drugs** | 4 | 1.1866 |
| 2023 | JUL | Cocaine | 4 | 29.2921 |
| 2023 | JUL | Ecstasy | 2 | 0.0088 |
| 2023 | JUL | Fentanyl | 1 | 9.1491 |
| 2023 | JUL | Heroin | 1 | 1.8739 |
| 2023 | JUL | Marijuana | 96 | 1828.1138 |
| 2023 | JUL | Methamphetamine | 7 | 3.2851 |
| 2023 | JUL | Other Drugs** | 12 | 8.0379 |
| 2023 | JUN | Cocaine | 3 | 13.5872 |
| 2023 | JUN | Ecstasy | 2 | 0.0059 |

**Big Bend Sector Drug Seizures – 2023 to Present**

| FY | MONTH | DRUG TYPE | COUNT OF EVENT | SUM QTY (LBS) |
|---|---|---|---|---|
| 2023 | JUN | Fentanyl | 1 | 0.0022 |
| 2023 | JUN | Marijuana | 122 | 414.1408 |
| 2023 | JUN | Methamphetamine | 7 | 0.093 |
| 2023 | JUN | Other Drugs** | 11 | 2.661 |
| 2023 | MAR | Cocaine | 2 | 0.0031 |
| 2023 | MAR | Fentanyl | 1 | 2.3369 |
| 2023 | MAR | Marijuana | 54 | 565.0808 |
| 2023 | MAR | Methamphetamine | 1 | 0.0051 |
| 2023 | MAR | Other Drugs** | 7 | 0.1858 |
| 2023 | MAY | Cocaine | 4 | 25.6187 |
| 2023 | MAY | Fentanyl | 1 | 0.0176 |
| 2023 | MAY | Marijuana | 81 | 484.4352 |
| 2023 | MAY | Methamphetamine | 5 | 0.1499 |
| 2023 | MAY | Other Drugs** | 11 | 14.268 |
| 2023 | NOV | Cocaine | 1 | 0.0243 |
| 2023 | NOV | Fentanyl | 2 | 0.8913 |
| 2023 | NOV | Marijuana | 46 | 1322.3557 |
| 2023 | NOV | Methamphetamine | 4 | 4.646999999999999 |
| 2023 | NOV | Other Drugs** | 2 | 0.0332 |
| 2023 | OCT | Cocaine | 1 | 0 |
| 2023 | OCT | Ecstasy | 2 | 0.0186 |
| 2023 | OCT | Marijuana | 58 | 602.7953 |
| 2023 | OCT | Methamphetamine | 3 | 0.1448 |
| 2023 | OCT | Other Drugs** | 9 | 6.0882000000000005 |
| 2023 | SEP | Cocaine | 5 | 6.9687 |
| 2023 | SEP | Ecstasy | 1 | 0.4874 |
| 2023 | SEP | Fentanyl | 1 | 0.0084 |
| 2023 | SEP | Marijuana | 88 | 234.5697 |
| 2023 | SEP | Methamphetamine | 9 | 83.6204 |
| 2023 | SEP | Other Drugs** | 12 | 3.4689 |
|  |  |  | TOTAL POUNDS | 11354.1134 |
|  |  |  |  |  |
| 2024 | APR | Cocaine | 5 | 112.0234 |
| 2024 | APR | Ecstasy | 2 | 0.0143 |
| 2024 | APR | Fentanyl | 1 | 0.022 |
| 2024 | APR | Heroin | 1 | 0.0101 |
| 2024 | APR | Marijuana | 84 | 675.5056999999999 |
| 2024 | APR | Methamphetamine | 5 | 287.5083 |
| 2024 | APR | Other Drugs** | 14 | 7.756699999999999 |
| 2024 | AUG | Cocaine | 2 | 7.300800000000001 |

**Big Bend Sector Drug Seizures – 2023 to Present**

| FY | MONTH | DRUG TYPE | COUNT OF EVENT | SUM QTY (LBS) |
|---|---|---|---|---|
| 2024 | AUG | Ecstasy | 2 | 0.0055 |
| 2024 | AUG | Fentanyl | 1 | 0.2354 |
| 2024 | AUG | Marijuana | 72 | 1019.8885 |
| 2024 | AUG | Methamphetamine | 3 | 0.0597 |
| 2024 | AUG | Other Drugs** | 8 | 1.4871 |
| 2024 | DEC | Cocaine | 2 | 0.0176 |
| 2024 | DEC | Fentanyl | 4 | 5.3124 |
| 2024 | DEC | Marijuana | 60 | 501.376 |
| 2024 | DEC | Methamphetamine | 4 | 0.1746 |
| 2024 | DEC | Other Drugs** | 6 | 2.1517 |
| 2024 | FEB | Cocaine | 2 | 0.004 |
| 2024 | FEB | Marijuana | 60 | 1134.4315 |
| 2024 | FEB | Methamphetamine | 3 | 0.1245999999999999 |
| 2024 | FEB | Other Drugs** | 9 | 5.805400000000001 |
| 2024 | JAN | Cocaine | 5 | 134.48430000000002 |
| 2024 | JAN | Ecstasy | 2 | 0.1089 |
| 2024 | JAN | Fentanyl | 4 | 10.7846 |
| 2024 | JAN | Marijuana | 58 | 585.3520000000001 |
| 2024 | JAN | Methamphetamine | 3 | 10.0173 |
| 2024 | JAN | Other Drugs** | 5 | 0.3177999999999999 |
| 2024 | JUL | Cocaine | 3 | 0.1191 |
| 2024 | JUL | Fentanyl | 2 | 0.0141 |
| 2024 | JUL | Marijuana | 79 | 1214.4037 |
| 2024 | JUL | Methamphetamine | 6 | 0.085 |
| 2024 | JUL | Other Drugs** | 9 | 1.7646000000000002 |
| 2024 | JUN | Cocaine | 4 | 0.0238 |
| 2024 | JUN | Ecstasy | 1 | 0.0452 |
| 2024 | JUN | Fentanyl | 1 | 0.097 |
| 2024 | JUN | Heroin | 1 | 2.478 |
| 2024 | JUN | Marijuana | 73 | 1780.9550000000002 |
| 2024 | JUN | Methamphetamine | 4 | 0.3278 |
| 2024 | JUN | Other Drugs** | 8 | 0.4261 |
| 2024 | MAR | Cocaine | 5 | 0.0415 |
| 2024 | MAR | Fentanyl | 3 | 4.1093 |
| 2024 | MAR | Marijuana | 79 | 1460.9701 |
| 2024 | MAR | Methamphetamine | 4 | 2.2835 |
| 2024 | MAR | Other Drugs** | 13 | 2.8191 |
| 2024 | MAY | Cocaine | 5 | 0.0478 |
| 2024 | MAY | Ecstasy | 1 | 0.002 |
| 2024 | MAY | Marijuana | 67 | 814.7259 |

**Big Bend Sector Drug Seizures – 2023 to Present**

| FY | MONTH | DRUG TYPE | COUNT OF EVENT | SUM QTY (LBS) |
|---|---|---|---|---|
| 2024 | MAY | Methamphetamine | 4 | 0.123 |
| 2024 | MAY | Other Drugs** | 10 | 170.7729 |
| 2024 | NOV | Cocaine | 1 | 3.065 |
| 2024 | NOV | Fentanyl | 1 | 2.4497 |
| 2024 | NOV | Marijuana | 50 | 884.9445000000001 |
| 2024 | NOV | Methamphetamine | 3 | 0.0397 |
| 2024 | NOV | Other Drugs** | 4 | 0.2663 |
| 2024 | OCT | Cocaine | 4 | 0.1719 |
| 2024 | OCT | Ecstasy | 1 | 0.0068 |
| 2024 | OCT | Fentanyl | 1 | 0.0328 |
| 2024 | OCT | Marijuana | 72 | 1402.3108 |
| 2024 | OCT | Methamphetamine | 4 | 0.1211 |
| 2024 | OCT | Other Drugs** | 9 | 9.0653 |
| 2024 | SEP | Cocaine | 4 | 0.0325 |
| 2024 | SEP | Ecstasy | 1 | 0.0009 |
| 2024 | SEP | Fentanyl | 1 | 0.0022 |
| 2024 | SEP | Marijuana | 64 | 61.0225 |
| 2024 | SEP | Methamphetamine | 4 | 0.3082 |
| 2024 | SEP | Other Drugs** | 5 | 41.1765 |
| | | | TOTAL POUNDS | 8279.62 |
| | | | | |
| | | | | |
| 2025 | APR | Cocaine | 3 | 0.0476 |
| 2025 | APR | Fentanyl | 3 | 0.0154 |
| 2025 | APR | Marijuana | 99 | 897.2543000000001 |
| 2025 | APR | Methamphetamine | 5 | 0.0892 |
| 2025 | APR | Other Drugs** | 7 | 0.7495 |
| 2025 | AUG | Cocaine | 5 | 3.5947 |
| 2025 | AUG | Fentanyl | 1 | 0.3638 |
| 2025 | AUG | Heroin | 1 | 0.0055 |
| 2025 | AUG | Marijuana | 78 | 247.7131 |
| 2025 | AUG | Methamphetamine | 2 | 0.1296 |
| 2025 | AUG | Other Drugs** | 6 | 1.1269 |
| 2025 | DEC | Cocaine | 2 | 0.0106 |
| 2025 | DEC | Ecstasy | 2 | 0.0042 |
| 2025 | DEC | Fentanyl | 1 | 5.3056 |
| 2025 | DEC | Marijuana | 85 | 480.7906 |
| 2025 | DEC | Methamphetamine | 7 | 0.1471 |
| 2025 | DEC | Other Drugs** | 9 | 1.1677 |
| 2025 | FEB | Ecstasy | 1 | 0.0044 |

**Big Bend Sector Drug Seizures – 2023 to Present**

| FY | MONTH | DRUG TYPE | COUNT OF EVENT | SUM QTY (LBS) |
|---|---|---|---|---|
| 2025 | FEB | Fentanyl | 1 | 0.1208 |
| 2025 | FEB | Marijuana | 93 | 2048.6763 |
| 2025 | FEB | Methamphetamine | 3 | 0.1533999999999999 |
| 2025 | FEB | Other Drugs** | 5 | 0.292 |
| 2025 | JAN | Ecstasy | 3 | 14.3928 |
| 2025 | JAN | Marijuana | 98 | 193.9075 |
| 2025 | JAN | Methamphetamine | 6 | 29.6932 |
| 2025 | JAN | Other Drugs** | 14 | 5.2922 |
| 2025 | JUL | Cocaine | 4 | 12.473 |
| 2025 | JUL | Ecstasy | 3 | 0.0516 |
| 2025 | JUL | Marijuana | 88 | 77.55330000000001 |
| 2025 | JUL | Methamphetamine | 9 | 299.8153 |
| 2025 | JUL | Other Drugs** | 10 | 0.6756 |
| 2025 | JUN | Cocaine | 2 | 7.766500000000001 |
| 2025 | JUN | Marijuana | 78 | 94.0485 |
| 2025 | JUN | Methamphetamine | 6 | 0.3101 |
| 2025 | JUN | Other Drugs** | 6 | 1.2538 |
| 2025 | MAR | Cocaine | 4 | 0.1347 |
| 2025 | MAR | Ecstasy | 1 | 0.0243 |
| 2025 | MAR | Marijuana | 123 | 84.5035 |
| 2025 | MAR | Methamphetamine | 5 | 23.1208 |
| 2025 | MAR | Other Drugs** | 10 | 8.637500000000001 |
| 2025 | MAY | Cocaine | 3 | 19.2302 |
| 2025 | MAY | Ecstasy | 1 | 0.0002 |
| 2025 | MAY | Fentanyl | 2 | 4.8155 |
| 2025 | MAY | Heroin | 1 | 2.5573 |
| 2025 | MAY | Marijuana | 85 | 3003.6042999999995 |
| 2025 | MAY | Methamphetamine | 3 | 18.9915 |
| 2025 | MAY | Other Drugs** | 8 | 2.0017 |
| 2025 | NOV | Cocaine | 1 | 0.0031 |
| 2025 | NOV | Marijuana | 80 | 1129.8556 |
| 2025 | NOV | Methamphetamine | 4 | 0.0347 |
| 2025 | NOV | Other Drugs** | 9 | 0.309 |
| 2025 | OCT | Cocaine | 8 | 23.2458 |
| 2025 | OCT | Ecstasy | 3 | 0.0247 |
| 2025 | OCT | Fentanyl | 1 | 3.3289 |
| 2025 | OCT | Marijuana | 93 | 365.686 |
| 2025 | OCT | Methamphetamine | 1 | 0.0163 |
| 2025 | OCT | Other Drugs** | 9 | 0.5823999999999999 |
| 2025 | SEP | Cocaine | 3 | 0.0407 |

**Big Bend Sector Drug Seizures – 2023 to Present**

| FY | MONTH | DRUG TYPE | COUNT OF EVENT | SUM QTY (LBS) |
|---|---|---|---|---|
| 2025 | SEP | Marijuana | 78 | 463.7726 |
| 2025 | SEP | Methamphetamine | 6 | 0.8125000000000001 |
| 2025 | SEP | Other Drugs** | 7 | 0.231 |
| | | | TOTAL POUNDS | 5584.1963 |
| | | | | |
| 2026 (FYTD) | APR | Cocaine | 6 | 0.0322 |
| 2026 (FYTD) | APR | Ecstasy | 3 | 0.0441 |
| 2026 (FYTD) | APR | Fentanyl | 1 | 4.2505 |
| 2026 (FYTD) | APR | Marijuana | 104 | 1325.2321 |
| 2026 (FYTD) | APR | Methamphetamine | 4 | 0.0489 |
| 2026 (FYTD) | APR | Other Drugs** | 10 | 2.3109 |
| 2026 (FYTD) | DEC | Cocaine | 3 | 0.0371 |
| 2026 (FYTD) | DEC | Marijuana | 67 | 2082.7041 |
| 2026 (FYTD) | DEC | Methamphetamine | 4 | 35.6601 |
| 2026 (FYTD) | DEC | Other Drugs** | 1 | 0.0877 |
| 2026 (FYTD) | FEB | Cocaine | 2 | 36.3523 |
| 2026 (FYTD) | FEB | Ecstasy | 2 | 0.0077 |
| 2026 (FYTD) | FEB | Marijuana | 83 | 1241.0790000000002 |
| 2026 (FYTD) | FEB | Methamphetamine | 2 | 0.2535 |
| 2026 (FYTD) | FEB | Other Drugs** | 8 | 1.1721 |
| 2026 (FYTD) | JAN | Cocaine | 4 | 0.0343 |
| 2026 (FYTD) | JAN | Ecstasy | 1 | 0.0022 |
| 2026 (FYTD) | JAN | Heroin | 1 | 5.1146 |
| 2026 (FYTD) | JAN | Marijuana | 83 | 509.515 |
| | | | | |

### Big Bend Sector Drug Seizures – 2023 to Present

| FY | MONTH | DRUG TYPE | COUNT OF EVENT | SUM QTY (LBS) |
|---|---|---|---|---|
| 2026 (FYTD) | JAN | Other Drugs** | 9 | 0.8264 |
| 2026 (FYTD) | JUN | Cocaine | 2 | 0.0044 |
| 2026 (FYTD) | JUN | Heroin | 1 | 0.0187 |
| 2026 (FYTD) | JUN | Marijuana | 109 | 356.6347 |
| 2026 (FYTD) | JUN | Methamphetamine | 6 | 20.6823 |
| 2026 (FYTD) | JUN | Other Drugs** | 14 | 1.461 |
| 2026 (FYTD) | MAR | Cocaine | 2 | 0.0452 |
| 2026 (FYTD) | MAR | Ecstasy | 1 | 0.0024 |
| 2026 (FYTD) | MAR | Fentanyl | 1 | 0.013 |
| 2026 (FYTD) | MAR | Marijuana | 113 | 2296.1742 |
| 2026 (FYTD) | MAR | Methamphetamine | 5 | 1.261 |
| 2026 (FYTD) | MAR | Other Drugs** | 7 | 0.4052 |
| 2026 (FYTD) | MAY | Cocaine | 1 | 0.0033 |
| 2026 (FYTD) | MAY | Ecstasy | 1 | 0.0082 |
| 2026 (FYTD) | MAY | Fentanyl | 1 | 0.0137 |
| 2026 (FYTD) | MAY | Marijuana | 93 | 724.3733 |
| 2026 (FYTD) | MAY | Methamphetamine | 2 | 3.1333 |
| 2026 (FYTD) | MAY | Other Drugs** | 8 | 0.6910000000000001 |
| 2026 (FYTD) | NOV | Cocaine | 1 | 25.1657 |
| 2026 (FYTD) | NOV | Ecstasy | 1 | 0.0022 |
| 2026 (FYTD) | NOV | Fentanyl | 1 | 41.9205 |
| 2026 (FYTD) | NOV | Marijuana | 99 | 5602.8414 |

**Big Bend Sector Drug Seizures – 2023 to Present**

| FY | MONTH | DRUG TYPE | COUNT OF EVENT | SUM QTY (LBS) |
|---|---|---|---|---|
| 2026 (FYTD) | NOV | Methamphetamine | 4 | 54.8763 |
| 2026 (FYTD) | NOV | Other Drugs** | 5 | 0.8076000000000001 |
| 2026 (FYTD) | OCT | Cocaine | 4 | 32.0713 |
| 2026 (FYTD) | OCT | Ecstasy | 2 | 0.002 |
| 2026 (FYTD) | OCT | Marijuana | 102 | 272.08759999999995 |
| 2026 (FYTD) | OCT | Methamphetamine | 4 | 0.0503 |
| 2026 (FYTD) | OCT | Other Drugs** | 6 | 1.3637 |
| | | | TOTAL POUNDS | 13349.7915 |

**Source Data:**

- http://www.cbp.gov/document/stats/nationwide-drug-seizures