**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| PRESIDIO MUNICIPAL DEVELOPMENT DISTRICT, | ) ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 26-2146 (RBW) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

In accordance with the Memorandum Opinion issued on this same date, it is hereby

**ORDERED** that the Plaintiff's Motion For A Stay Under 5 U.S.C. § 705 And/Or Preliminary Injunction, ECF No. 2 is **DENIED**.  It is further

**ORDERED** that, on or before August 7, 2026, the plaintiff shall file, on the public docket, the email correspondence it provided to the Court at the motion hearing on July 21, 2026, which is cited in the Court's Memorandum Opinion as "[e]mail from redacted sender to Rebecca Rizzuti (April 1, 2026) ('Rizzuti Email') (provided to the Court at the July 21, 2026 motion hearing)."  It is further

**ORDERED** that, on or before August 21, 2026, the defendants shall answer or otherwise respond to the plaintiff's Complaint.

**SO ORDERED** this 2nd day of August 2026.

REGGIE B. WALTON
United States District Judge