**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PRESIDIO MUNICIPAL DEVELOPMENT DISTRICT,<br><br>          Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. CUSTOMS AND BORDER PROTECTION; and RODNEY S. SCOTT, in his official capacity as Commissioner for Customs and Border Protection,<br><br>          Defendants. | **Case No. 26-cv-2146** |

**PLAINTIFF'S NOTICE PURSUANT TO THE COURT'S AUGUST 2, 2026 ORDER**

Pursuant to the Court's August 2, 2026 Order, Plaintiff Presidio Municipal Development District writes to provide the Court with the "[e]mail from redacted sender to Rebecca Rizzuti." Dkt. No. 21. The referenced correspondence is attached hereto as Exhibit A and was provided to the Court at the motion hearing on July 21, 2026, as well as cited in Plaintiff's Reply Memorandum in Support of Plaintiff's Motion for a Stay Under 5 U.S.C. § 705 and/or Preliminary Injunction, *see* Dkt. No. 16 at 9 (citing E-mail from Senior Attorney, Office of Chief Counsel, Trade and Finance, CBP, to Rebecca Rizzuti, Deputy Chief Counsel, U.S. Section of IBWC (Apr. 1, 2026), https://perma.cc/N22U-F4EX)). The correspondence was originally made publicly available in media reporting. *See id.*; Mary Cantrell, *Trump admin responds to border wall lawsuit by waiving a law at the center of the case*, Marfa Pub. Radio (July 8, 2026), https://perma.cc/B5AM-39FE.

Dated: August 4, 2026

Respectfully submitted,

*/s/ Laura B. Bakst*
Laura B. Bakst (DC Bar No. 1782054)
Louis Katz (DC Bar No. 90003861)
Ayesha Khan (DC Bar No. 426836)
Brian Netter (DC Bar No. 979362)
Skye L. Perryman (DC Bar No. 984573)
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
lbakst@democracyforward.org
lkatz@democracyforward.org
akhan@democracyforward.org
bnetter@democracyforward.org
sperryman@democracyforward.org

*Counsel for Plaintiff*