# Exhibit A

**From:** Rebecca Rizzuti
**To:** Padinare Unnikrishna
**Subject:** FW: levee fence in Presidio area
**Date:** Wednesday, April 1, 2026 1:47:35 PM
**Attachments:** image001.png

**From:** ████ (b)(6) (b)(7)(C) ████ @CBP.DHS.GOV>
**Sent:** Wednesday, April 1, 2026 1:46 PM
**To:** Rebecca Rizzuti <rebecca.rizzuti@ibwc.gov>; ████ (b)(6) (b)(7)(C) ████ cbp.dhs.gov>
**Subject:** RE: levee fence in Presidio area

Hi Rebecca,

Responding for Paul (who is juggling lots of different matters right now). CBP is replicating what it did in South Texas. The river side of the earthen levee will be replaced with a concrete levee wall with the bollard panels mounted to the top of the concrete wall. The top of the concrete wall is set based on design flood plus freeboard that is provided by IBWC (our understanding is that it is 4' freeboard per Ray Macias). This is exactly how we designed/constructed the levee walls with barrier in South Texas.

Let us know if you need anything else.

Thanks,

████ (b)(6) (b)(7)(C) ████
Senior Attorney
Office of Chief Counsel, Trade and Finance
U.S. Customs and Border Protection
████ (b)(6) (b)(7)(C) ████  cbp.dhs.gov

~~PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED~~
This electronic communication, along with any attachment(s), contains confidential U.S. Government information intended for internal government use only. This electronic communication and its attachment(s) also contain information that is privileged as well as exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. §552, including attorney work product, material that is part of the agency's deliberative process, and communications between attorney and client concerning legal matters for which the client has sought professional advice. The contents of this electronic communication and its attachment(s) are solely intended for the use by the addressee(s) designated herein, and must be controlled, stored, handled, transmitted, distributed, and disposed of in a manner that restricts access to only the designated addressee(s) and to those within U.S. Customs and Border Protection (CBP) who have an official "need-to-know."

If you are not a designated addressee of the electronic communication or a CBP official with a "need-to-know," you are prohibited from reviewing, using, copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the communication or its attachments within or outside CBP without prior, written approval from the

Commissioner of CBP and the Associate Chief Counsel, Trade and Finance.  Please notify the sender immediately and permanently delete this electronic communication, and any copies or printouts of the communication and its attachments.

---

**From:** Rebecca Rizzuti <rebecca.rizzuti@ibwc.gov>
**Sent:** Wednesday, April 1, 2026 1:07 PM
**To:** [(b)(6) (b)(7)(C)] cbp.dhs.gov>
**Cc:** [(b)(6) (b)(7)(C)] CBP.DHS.GOV>
**Subject:** FW: levee fence in Presidio area

Hi [(b)(6) (b)(7)(C)]

I hope all is well. One quick question as we prepare our response to the Presidio Municipal Development District:

Your response says the reinforced concrete levee wall is "adjacent to" and matching the height of the existing levee, with bollards on top. I just want to make sure that "adjacent" means that CBP will replicate what you all did in South Texas. That is: you'll replace the existing levee slope with the concrete wall. It does not mean that you'll build a concrete wall at the bottom of the levee slope, which would leave a gap between the levee slope and the back side of the concrete wall.

Just want to confirm... thanks!
Rebecca

---

**From:** [(b)(6) (b)(7)(C)] CBP.DHS.GOV>
**Sent:** Wednesday, April 1, 2026 12:02 PM
**To:** Rebecca Rizzuti <rebecca.rizzuti@ibwc.gov>
**Subject:** RE: levee fence in Presidio area

Thanks, Rebecca.  I'll share this with the wall program.  In the meantime, they shared the attached with me.  I'm told our responses were coordinated with USIBWC (Ramon Macias and others).  I will note, for what it's worth, that the attached states that the bollards will be installed on top of the levee.  If you all have additional questions about design, you can reach out to Paul Enriquez.  I think you have Paul's contact info, but let me know if you need me to resend.  I'll let you know if CBP has any comments on the draft response.

Thanks,

[(b)(6) (b)(7)(C)]
Senior Attorney
Office of Chief Counsel, Trade and Finance
U.S. Customs and Border Protection
[(b)(6) (b)(7)(C)]

**(b)(6) (b)(7)(C)** cbp.dhs.gov

PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED

This electronic communication, along with any attachment(s), contains confidential U.S. Government information intended for internal government use only.  This electronic communication and its attachment(s) also contain information that is privileged as well as exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. §552, including attorney work product, material that is part of the agency's deliberative process, and communications between attorney and client concerning legal matters for which the client has sought professional advice.  The contents of this electronic communication and its attachment(s) are solely intended for the use by the addressee(s) designated herein, and must be controlled, stored, handled, transmitted, distributed, and disposed of in a manner that restricts access to only the designated addressee(s) and to those within U.S. Customs and Border Protection (CBP) who have an official "need-to-know."

If you are not a designated addressee of the electronic communication or a CBP official with a "need-to-know," you are prohibited from reviewing, using, copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the communication or its attachments within or outside CBP without prior, written approval from the Commissioner of CBP and the Associate Chief Counsel, Trade and Finance.  Please notify the sender immediately and permanently delete this electronic communication, and any copies or printouts of the communication and its attachments.

**From:** Rebecca Rizzuti <rebecca.rizzuti@ibwc.gov>
**Sent:** Wednesday, April 1, 2026 12:46 PM
**To:** **(b)(6) (b)(7)(C)** CBP.DHS.GOV>
**Subject:** RE: levee fence in Presidio area

Thanks – attached is our draft.

Note that the Commissioner still has to read/ vet this - so I don't want to get in front of him. But, this gives you an idea of the questions they sent us and our strategy to answer.

Thanks in advance for the POC.

**From:** **(b)(6) (b)(7)(C)** @CBP.DHS.GOV>
**Sent:** Wednesday, April 1, 2026 11:29 AM
**To:** Rebecca Rizzuti <rebecca.rizzuti@ibwc.gov>
**Subject:** RE: levee fence in Presidio area

Thanks, Rebecca!  That may not be a bad idea.  I'll let you know as soon as I have a POC for you.

**(b)(6) (b)(7)(C)**
Senior Attorney
Office of Chief Counsel, Trade and Finance

U.S. Customs and Border Protection
  cbp.dhs.gov

PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED

This electronic communication, along with any attachment(s), contains confidential U.S. Government information intended for internal government use only.  This electronic communication and its attachment(s) also contain information that is privileged as well as exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. §552, including attorney work product, material that is part of the agency's deliberative process, and communications between attorney and client concerning legal matters for which the client has sought professional advice.  The contents of this electronic communication and its attachment(s) are solely intended for the use by the addressee(s) designated herein, and must be controlled, stored, handled, transmitted, distributed, and disposed of in a manner that restricts access to only the designated addressee(s) and to those within U.S. Customs and Border Protection (CBP) who have an official "need-to-know."

If you are not a designated addressee of the electronic communication or a CBP official with a "need-to-know," you are prohibited from reviewing, using, copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the communication or its attachments within or outside CBP without prior, written approval from the Commissioner of CBP and the Associate Chief Counsel, Trade and Finance.  Please notify the sender immediately and permanently delete this electronic communication, and any copies or printouts of the communication and its attachments.

**From:** Rebecca Rizzuti <rebecca.rizzuti@ibwc.gov>
**Sent:** Wednesday, April 1, 2026 12:21 PM
**To:** (b)(6) (b)(7)(C)  CBP.DHS.GOV>
**Subject:** RE: levee fence in Presidio area

Great... we are happy to share a draft of our response with you all before we send if you'd like.

**From:** (b)(6) (b)(7)(C)  CBP.DHS.GOV>
**Sent:** Wednesday, April 1, 2026 11:18 AM
**To:** Rebecca Rizzuti <rebecca.rizzuti@ibwc.gov>
**Subject:** RE: levee fence in Presidio area

Hi Rebecca,

I hope all is well with you also!  I will see if I can track down a POC for you in the program office that executes the wall program.  I'm pretty sure they have also been working on responses to a letter we received from PMDD, so the timing is good.

Thanks,

(b)(6) (b)(7)(C)
Senior Attorney
Office of Chief Counsel, Trade and Finance

U.S. Customs and Border Protection
 cbp.dhs.gov

PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED

This electronic communication, along with any attachment(s), contains confidential U.S. Government information intended for internal government use only.  This electronic communication and its attachment(s) also contain information that is privileged as well as exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. §552, including attorney work product, material that is part of the agency's deliberative process, and communications between attorney and client concerning legal matters for which the client has sought professional advice.  The contents of this electronic communication and its attachment(s) are solely intended for the use by the addressee(s) designated herein, and must be controlled, stored, handled, transmitted, distributed, and disposed of in a manner that restricts access to only the designated addressee(s) and to those within U.S. Customs and Border Protection (CBP) who have an official "need-to-know."

If you are not a designated addressee of the electronic communication or a CBP official with a "need-to-know," you are prohibited from reviewing, using, copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the communication or its attachments within or outside CBP without prior, written approval from the Commissioner of CBP and the Associate Chief Counsel, Trade and Finance.  Please notify the sender immediately and permanently delete this electronic communication, and any copies or printouts of the communication and its attachments.

**From:** Rebecca Rizzuti <rebecca.rizzuti@ibwc.gov>
**Sent:** Wednesday, April 1, 2026 11:37 AM
**To:** (b)(6) (b)(7)(C)    CBP.DHS.GOV>
**Subject:** levee fence in Presidio area

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you feel this is a suspicious-looking email, please report by using the "Report Phishing" button option. If on a mobile device, please utilize the "Report Phishing" button or "Forward as Attachment" to CBPSOC@cbp.dhs.gov.

Hi

I hope all is well!

We are working on our responses to some questions sent to us by the Presidio Municipal Development District regarding CBP's planned projects in the Presidio area.

We have a question about the planned design of the levee wall that will be at the base of the bollards along our levees. We are unclear where exactly the wall portion will be built . Who can we ask about the placement of the concrete wall vis-à-vis our levee: specifically, is it being built at the edge of the top of the levee? Or at the base of the levee slope?  Your previous projects are at the edge of the top of the levee (ie, the wall replaces the slope) but we have

heard some descriptions that say "adjacent" to the levee... so we want to clarify. This matters because your previous placement was not in the floodplain, but a wall that is placed at the base of the slope may be in the floodplain.

Thanks so much!

Respectfully,

*Rebecca A. Rizzuti*

Deputy Chief Counsel, USIBWC
(915) 832-4729 (phone)
(915) 238-0678 (cell)
4191 N. Mesa
El Paso, TX  79902



**From:** (b)(6) (b)(7)(C)

**To:** Ramon Macias; Padinare Unnikrishna; Juan Uribe; Gilbert Anaya; Adrian Vallejo; Demetria Walker

**Cc:** (b)(6) (b)(7)(C)

**Subject:** CBP/IBWC Tag Up - Presidio Letter & Upcoming Deployment Dates

**Date:** Tuesday, March 31, 2026 10:30:53 AM

**Attachments:** CBP Letter to Presidio Municipal Development District 03.30.2026 FINAL DRAFT.docx
20260317_PMDD DHS Letter.pdf
CBP Border Wall Projects for IBWC Updated 03.30.2026 v2.docx

---

Good afternoon IBWC Colleagues,

Attached is our proposed response back to the Presidio Municipal Development District (PMDD). I've also attached the incoming letter we received. Please let us know if IBWC has any edits or concerns, otherwise, we will send our response to PMDD at the end of the day today to meet their requested deadline.

We have updated the attached list of project deployments to reflect the most recent schedules. The Del Rio 2 Project is next up for waterborne barrier deployment, it is supposed to start in April, and the Del Rio-1, Laredo 1 & 2 and Yuma-2 Projects are scheduled to follow with deployment in May.

Please let us know if you need anything further.

Thank you,

(b)(6) (b)(7)(C)

U.S. Border Patrol
Program Management Office Directorate
Infrastructure Program
(b)(6) (b)(7)(C)


(b)(6) (b)(7)(C)

U.S. Border Patrol
Program Management Office DIrectorate
Infrastructure Program
(b)(6) (b)(7)(C)