**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

PRESIDIO MUNICIPAL DEVELOPMENT DISTRICT,
Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. CUSTOMS AND BORDER PROTECTION; and RODNEY S. SCOTT, in his official capacity as Commissioner for Customs and Border Protection,

Defendants.

**Case No. 26-cv-2146**

**JOINT STIPULATION AND NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Presidio Municipal Development District ("PMDD") files this notice of dismissal subject to the terms of the below joint stipulation between Plaintiff PMDD and Defendants U.S. Department of Homeland Security; Secretary Markwayne Mullin, in his official capacity; U.S. Customs and Border Protection; and Commissioner Rodney S. Scott, in his official capacity ("Defendants"):

WHEREAS, Plaintiff filed its complaint on June 17, 2026, alleging that Defendants' planned construction of a border barrier wall that would replace the existing wall of the Presidio levee system was contrary to law and *ultra vires.*

WHEREAS, Defendants warrant and represent that CBP has since finalized a design for construction of its border barrier wall in Presidio (the "Selected Design").

THEREFORE, the Parties do HEREBY STIPULATE AND AGREE as follows:

1. Defendants warrant and represent that: the Selected Design will not involve replacement of the levee wall and will not involve excavation or removal of any portion of the existing levees; the Selected Design was the subject of extensive consultation, input, and discussion between U.S. Customs and Border Protection ("CBP"), the U.S. International Boundary & Water Commission ("USIBWC"), and the U.S. Army Corps of Engineers ("USACE"); CBP shared the design data concerning the Selected Design with USIBWC and USACE, including hydrologic and hydraulic modeling information; and USIBWC and USACE asked CBP to prepare specific hydrologic and hydraulic modeling information, which CBP shared the results of with USIBWC and USACE.

2. Defendants further warrant and represent that CBP has determined, in consultation with USIBWC and USACE, that the Selected Design will not impact the integrity or efficacy of the Presidio levees.

3. CBP shall hold a meeting at a mutually agreeable time with PMDD officials to explain its construction plans for the border barrier system that it plans to build in the vicinity of the approximately 12 miles of Presidio levee system.

4. All parties will bear their own fees and costs.

ACCORDINGLY, Plaintiff voluntarily dismisses this action with prejudice.

Dated: November 19, 2026

Respectfully submitted,

*/s/ Laura Bakst*

Laura Bakst (DC Bar No. 1782054)
Louis Katz (DC Bar No. 90003861)
Ayesha Khan (DC Bar No. 426836)
Brian Netter (DC Bar No. 979362)
Skye L. Perryman (DC Bar No. 984573)
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090

lbakst@democracyforward.org
lkatz@democracyforward.org
akhan@democracyforward.org
bnetter@democracyforward.org
sperryman@democracyforward.org

*Counsel for Plaintiff*

JONATHAN D. GUYNN
Acting Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Alexander J. Yun*
ALEXANDER J. YUN
(D.C. Bar No. 90028923)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
202-674-0255
Alex.Yun@usdoj.gov

*Counsel for Defendants*